IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00306-BO-BM

| | |
|---|---|
| JACKIE HAROLD MILLS | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Defendant* | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Fed. R. Civ. P. 25, Plaintiff's motion for substitution of party is hereby GRANTED and the Court ORDERS as follows: "Mary Ann Dell, Personal Representative for the Estate of Jackie Harold Mills" be substituted in place of "Jackie Harold Mills" and Decedent's claims survive, and the action on his behalf may proceed. The caption of this case shall be amended to reflect such substitution.

SO ORDERED. This __8__ day of April, 2024.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE